**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BONNIE CRUICKSHANK-WALLACE and WILLIAM WALLACE, <br><br> *Plaintiffs,* <br><br> v. <br><br> CNA FINANCIAL CORPORATION, *et. al.*, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 18-2769 |

## ORDER

**AND NOW**, this 13th day of November, 2018, upon consideration of Defendant Continental Corporation's Motion to Dismiss (ECF No. 12), Defendants CNA Financial Corporation, Columbia Casualty Company, Continental Casualty Company and Continental Corporation's Motion to Dismiss (ECF No. 13), Plaintiffs' Responses (ECF Nos. 16–17), Defendants' Replies (ECF Nos. 19–20) and Plaintiffs' Sur-Replies (ECF Nos. 21–22), it is hereby **ORDERED** that the Motions are **GRANTED** and the case **DISMISSED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.